### 9723. BLALOCK v. FARKAS.

BLOODWORTH, J. Grounds 4, 5, and 6 of the motion for a new trial are but amplifications of the general grounds; and ground 7 is without merit. There is ample evidence to sustain the verdict.

*Judgment affirmed. Broyles, P. J., concurs. Stephens, J., not presiding.*
DECIDED DECEMBER 3, 1918.

Complaint; from city court of Albany—Judge Clayton Jones. April 11, 1918.

*R. J. Bacon, R. H. Ferrell,* for plaintiff in error.

*Milner & Farkas,* contra.